In Re the MARRIAGE OF Bill COBB, Appellant,

and

Carol A. Cobb, Respondent.

No. WD 33717.

Missouri Court of Appeals, Western District.

Feb. 15, 1983.

Andrew J. Gelbach, Warrensburg, for appellant.

Clifford S. Brown, Kansas City, for respondent.

Before PRITCHARD, P.J., and MANFORD, and NUGENT, JJ.

ORDER

PER CURIAM:

Appeal from judgment in the form of an order granting temporary maintenance in dissolution proceedings.

Judgment affirmed. Rule 84.16(b).